UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SHAUGHN P. LAMBERT,<br><br>                Defendant. | Case No. CR25-068-RAJ<br><br>DETENTION ORDER |

Defendant Shaughn P. Lambert is charged with receipt of child pornography, 18 U.S.C. § 2252(a)(2), (b)(1); and possession of child pornography, 18 U.S.C. § 2252(a)(4)(B), (b)(2). The Court held a detention hearing on April 29, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Lambert is charged with a crime of violence offense.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

DETENTION ORDER - 1

3.  Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the safety of the community.

4.  Mr. Lambert poses a risk of danger due to the nature of the offense and criminal history. Mr. Lambert was on state supervision for similar crimes when the allegations underlying the instant charges arose. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Lambert shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Lambert shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Lambert is confined shall deliver Mr. Lambert to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Lambert, to the United States Marshal, and to the United States Pretrial Services Officer.

1   Dated this  29th  day of April, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3