The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHAUGHN P. LAMBERT,<br><br>                Defendant. | NO. 2:25-cr-00068-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

THIS MATTER comes before the Court upon Defendant Shaughn P. Lambert's Motion to Seal Exhibit 1 to Defendant's Motion to Compel Medical Treatment and Access to Counsel. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 20).

It is hereby ORDERED that Exhibit 1 to Defendant's Motion to Compel Medical Treatment and Access to Counsel shall remain sealed.

DATED this 11th day of August, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1