The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHAUGHN P. LAMBERT,<br><br>                Defendant. | NO. 2:25-cr-00068-RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL DOCUMENT |

THIS MATTER comes before the Court upon the United States' Motion to Seal Exhibits A and B to the Government's Notice of Filing Medical Records.

Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 27).

It is hereby ORDERED that Exhibits A and B to the Government's Notice of Filing Medical Records shall remain sealed.

DATED this 11th day of August, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1