The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

SHAUGHN P. LAMBERT,

                        Defendant.

NO. 2:25-cr-00068-RAJ

ORDER GRANTING MOTION
TO SEAL DOCUMENT

14
15
16
17
18
19
20
21
22
23
24
25
26
27

THIS MATTER comes before the Court upon the United States' Motion to Seal Exhibit C to the Government's Notice of Filing Medical Records.

Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 33).

It is hereby ORDERED that Exhibit C to the Government's Notice of Filing Medical Records shall remain sealed.

DATED this 11th day of August, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1