Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR25-068 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER TO SEAL EXHIBIT |
| SHAUGHN P. LAMBERT | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained one of the exhibits to the Government's Response to Defendant's Renewed Motion to Compel Treatment, it is hereby ORDERED that the Exhibit B to Government's Response to Defendant's Renewed Motion to Compel Treatment, shall remain sealed.

DATED this 17th day of October, 2025.

_____
HON. RICHARD A. JONES
United States District Judge

Presented by:

*s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

Order to Seal - 1
*United States v. Lambert* / CR25-068 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970