Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:25-cr-00068-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SHAUGHN P. LAMBERT, | ) | |
| Defendant. | ) | |

THE COURT has considered Shaughn Lambert's Renewed Motion to Compel Treatment and Access to Counsel, the government's response, the files and records in this case, and finds as follows:

The Court is aware of the exhaustion of remedies requirement and procedural steps advanced by the government as a basis to deny the Defendant's request. This response fails to address that despite treatment to date, Mr. Lambert's infection has failed to improve and, if anything, appears to have aggravated despite medications provided to date.  Specifically, the defense has represented that Mr. Lambert's right leg is numb from the knee down and his calf has a hole the size of a silver dollar.  Dkt. 49.  This circumstance cannot be tolerated by the Court.   Mr. Lambert's current medical condition appears to be advancing and needs to be addressed immediately.

ORDER - 1

1  IT IS ORDERED that a physician at the Federal Detention Center shall examine
2  Mr. Lambert, prescribe treatment, and report back directly to the Court and the parties,
3  with medical records and a sworn declaration, within three business days.

5  DATED this 17th day of October, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2