The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:25-cr-00068-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| SHAUGHN P. LAMBERT, | |
| Defendant. | |

THIS MATTER comes before the Court upon the United States' Unopposed Motion to Seal an exhibit filed in response to the Court's Order on Motion to Compel Treatment. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibit, the Court finds good cause to GRANT the Motion (Dkt. 52).

It is hereby ORDERED that the exhibit filed by the United States in response to the Court's Order on Motion to Compel Treatment shall remain sealed.

DATED this 22nd day of October, 2025.

*(signature)*

The Honorable Richard A. Jones
United States District Judge