Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:25-cr-00068-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| SHAUGHN P. LAMBERT, | ) | |
| Defendant. | ) | |

On October 17, 2025, the Court ordered that a physician at the Federal Detention Center shall examine Defendant Shaughn Lambert, prescribe treatment, and report back directly to the Court and the parties, with medical records and a sworn declaration. The Court acknowledges receipt of the sworn declaration of Robert McGinnis, M.D., with attached updated medical records, which are filed under seal at Dkt. 53.

The Court finds that the requirements of its October 17th order have been fulfilled and will take no further action on this issue absent a change in facts or circumstances.

DATED this 22nd day of October, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1