The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAUGHN P. LAMBERT,

Defendant.

NO. 2:25-cr-00068-RAJ

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Shaughn P. Lambert:

    a.    An HP laptop with Hitachi hard drive, serial number J2150050GNNSYC, seized from Defendant Lambert's residence on or about March 18, 2025;

    b.    A black USB drive, seized from Defendant Lambert's residence on or about March 18, 2025; and

    c.    A blue and silver Samsung cell phone, seized from Defendant Lambert's person on or about October 10, 2024.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture concerning the Subject Property is appropriate because:

FINAL ORDER OF FORFEITURE - 1
*United States v. Lambert,* 2:25-cr-00068-RAJ

- On February 10, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it to the United States (Dkt. No. 64);

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 65) and sent direct notice, by means reasonably calculated to reach them, to individuals identified as potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-4, Exhibit A);

- Notice letters were successfully delivered to the potential claimants identified by the United States (*see id.*);

- The United States has used all available efforts to provide notice to the potential claimants by means reasonably calculated to reach them (*Id.* ¶¶ 2-4, Exhibit A); and

- The time for filing third-party claims has expired, and no claims were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.    No right, title, or interest in the Subject Property exists in any party other than the United States.

2.    The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

FINAL ORDER OF FORFEITURE - 2
*United States v. Lambert,* 2:25-cr-00068-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.     The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of June, 2026.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Lambert,* 2:25-cr-00068-RAJ