The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUGHN P. LAMBERT,<br><br>Defendant. | NO. 2:25-cr-00068-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon the United States' Motion to Seal the exhibits to the Government's Post-Judgment Statement Regarding Restitution. Dkt. 78. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion.

It is hereby ORDERED that the exhibits to the Government's Post-Judgment Statement Regarding Restitution shall remain sealed.

DATED this 10th day of August, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge